```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) <br> ECF Case |
|---|---|

This document relates to:
*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Betru, et al. v. Islamic Republic of Iran*, 18-cv-8297 (GBD)(SN)
*Furman et al. v. The Kingdom of Saudi Arabia*, 18-cv-11583 (GBD)(SN)

## ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals who are the Personal Representative for a family member of individuals killed as a result of the terrorist attacks on September 11, 2001; it is hereby

**ORDERED** that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above-captioned cases;

That Counsel for the Plaintiffs is directed to enter the substituted Plaintiffs' names, as identified on the attached Exhibit, into the Court's ECF system.

FURTHERMORE, the Court respectfully directs the Clerk of the Court to terminate the motions in No. 03-md-01570 at ECF No. 10133, No. 02-cv-06977 at ECF No. 2128, 18-cv-8297 at ECF No. 132, and No. 18-cv-11583 at ECF No. 78.

---

The motion to substitute personal representatives is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: August 5, 2024
       New York, New York

# EXHIBIT A

Exhibt A

| # | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) FIRST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) MIDDLE NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) LAST NAME | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | SUBSTITUTE PERSONAL REPRESENTATIVE | PREVIOUS PLAINTIFF (ESTATE REPRESENTATIVE) SUFFIX | RELATIONSHIP TO DECEDENT | EXISTING PLEADING THAT REFERS TO PLAINTIFF | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | 9/11 DECEDENT'S SUFFIX | STATE OF RESIDENCY AT THE TIME COMPLAINT WAS FILED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Marvin | | Furman | | Andrew Furman, as Personal Representative of the Estate of Marvin Furman, deceased Parent of Steven Furman | | Parent | 18cv08297, 1; 18cv11583, 5 at 1 | Steven | | Furman | | FL |
| 2 | Harold | | Lilie | | Janis Lilie, as Personal Representative of the Estate of Harold Lilie, deceased Stepparent of Steven Furman | | Stepparent | 18cv08297, 1; 18cv11583, 5 at 2 | Steven | | Furman | | NV |
| 3 | Harold Lilie, as Personal Representative of the Estate of Joyce Lilie, deceased Parent of Steven Furman | | Lilie | | Jayne Furman and Michael Furman, as Co-Personal Representatives of the Estate of Joyce Lilie, deceased Parent of Steven Furman | | Parent | 18cv08297, 1; 18cv11583, 5 at 3 | Steven | | Furman | | NV |