UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
IN RE:                              :           ORDER
                                    :
TERRORIST ATTACKS ON                :      03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                  :
                                    :
                                    :
------------------------------------x

This document relates to:

    *All actions*

GEORGE B. DANIELS, United States District Judge:

    Oral argument on Defendant Al Rajhi Bank's renewed motion to dismiss and motion for summary judgment for lack of personal jurisdiction (ECF No. 9785[1]) is scheduled for December 10, 2024 at 9:45 a.m.

Dated: October 9, 2024
       New York, New York

                                           SO ORDERED.

                                           GEORGE B. DANIELS
                                           United States District Judge

---

[1] This ECF citation refers to the document filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).